UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  | Case No.  CV 18-07297-AB (KSx) |
|---|---|
| Elena P. Relente | |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| AD Astra Recovery Services, Inc., et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 8, 2019

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE