# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA P. RELENTE, an individual, | CASE NO.: 2:18-cv-07297-AB-KS |
| Plaintiff, | |
| vs. | ORDER |
| AD ASTRA RECOVERY SERVICES, INC., a Nevada corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL HEREIN:**

Based upon the foregoing stipulation of the parties, with good cause appearing, IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

DATED: September 10, 2019

By: _____
HON. ANDRE BIROTTE JR.
U.S. DISTRICT JUDGE